

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2020

No. 04-19-00883-CR

Gabrielle **DE ARROYO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5788
Honorable Ron Rangel, Judge Presiding

# O R D E R

After this court granted two extensions, and then this court's en banc order extended the due date for all pending briefs until June 30, 2020, Appellant's brief was due on June 30, 2020.

Appellant did not timely file the brief or a motion for extension of time to file the brief. On July 27, 2020, we ordered Appellant's counsel Kimbel Ward-Neal to file either a motion to dismiss or the brief by August 6, 2020.

Counsel filed a motion for an extension of time to file the brief, which we granted to August 21, 2020. Counsel filed another motion for an extension of time, which we granted to September 25, 2020, but we warned that any future motion for an extension of time would be disfavored. We also warned counsel that, to protect Appellant's rights, this court could initiate proceedings under Rule 38. *See* TEX. R. APP. P. 38.8(b)(2), (4).

To date, counsel has still not filed the brief.

We ORDER Kimbel Ward-Neal to file the brief within TEN DAYS of the date of this order. If no brief is filed by that date, we will abate this appeal to the trial court for an abandonment hearing **without further notice**. *See* TEX. R. APP. P. 38.8(b)(2).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2020.



MICHAEL A. CRUZ, Clerk of Court